M. ENDELL ET AL., PLAINTIFFS IN ERROR, VS. JOSIAH T. WALLS, DEFENDANT IN ERROR.

Plaintiffs in Error moved to docket for trial, Defendant in Error moved to dismiss the writ of error because no record of the judgment and proceedings or assignment of errors had been filed. No cause was shown for neglecting to file the assignment. Motion to dismiss granted on grounds stated, and, as further ground, because the paper on file, purporting to be a record, did not show what judgment was rendered by the court below.

Writ of Error to Circuit Court for Alachua county. The facts of the case are stated in the opinion.

*E. K. Foster* for Motion.

*B. H. Thrasher, contra.*

THE CHIEF-JUSTICE delivered the opinion of the court.

Motion by Plaintiffs in Error to docket this cause for trial, and motion by Defendant in Error to dismiss, because no record of the judgment and proceedings has been filed by Plaintiffs in error, and no assignment of errors filed by them. No cause is shown for neglecting to file assignment of errors.

The motion that the cause be dismissed from this court for the reasons stated in the motion of Defendant in Error is granted. The paper on file purporting to be a record does not show what judgment was given by the court below, and for this reason, also, it should be dismissed.

Neither does the certificate of the clerk show that this is a copy of the record, as required by the rules.

Dismissed.